**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 26-10860
Non-Argument Calendar
_____

PAMELA DENISE COLBERT,

*Plaintiff-Appellant,*

*versus*

CENTRAL GEORGIA TECHNICAL COLLEGE,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-06326-TRJ-LRS
_____

Before JILL PRYOR, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Pamela Denise Colbert, proceeding pro se, filed a notice of appeal from the February 25, 2026, order denying her motion for appointment of counsel in this employment discrimination case.

2                    Opinion of the Court                    26-10860

Because the order did not dispose of any, much less all, of Colbert's claims, it is not final. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000). Nor is it immediately appealable under the collateral-order doctrine, as it is effectively reviewable on appeal from a final judgment. *See Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 989 (11th Cir. 2022) (explaining that an order that does not conclude the litigation may be appealed under the collateral-order doctrine if it, among other things, is effectively unreviewable on appeal from a final judgment); *Hodges v. Dep't of Corr.*, 895 F.2d 1360, 1361-62 (11th Cir. 1990) (holding that a nonfinal order denying appointed counsel in an employment discrimination case is not immediately appealable under the collateral-order doctrine and dismissing the appeal for lack of jurisdiction).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction because it is not taken from a final or immediately appealable order. All pending motions are DENIED as moot.